Same case below, 385 Fed. Appx. 650.

**No. 10-7453. David James Szymanski, Petitioner v. Arizona.**

562 U.S. 1153, 131 S. Ct. 943, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 424.

January 10, 2011. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.

**No. 10-7454. Rami Shoaga, Petitioner v. Maersk, Inc., et al.**

562 U.S. 1153, 131 S. Ct. 943, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 121.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 620.

**No. 10-7462. Gerardo Arroyo-Munoz, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1153, 131 S. Ct. 944, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 362.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7466. Timothy L. Upshaw, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1153, 131 S. Ct. 944, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 349.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7470. Barry S. Jameson, Petitioner v. James A. Yates, Warden.**

562 U.S. 1153, 131 S. Ct. 944, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 586.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 617.

**No. 10-7471. David Julius Lazaro, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1153, 131 S. Ct. 944, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 295,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 390 Fed. Appx. 319.

**No. 10-7479. Bret F. Maness, Petitioner v. Alaska.**

562 U.S. 1153, 131 S. Ct. 946, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 338.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Alaska denied.

**No. 10-7483. Jack K. Stein, Petitioner v. Scott Frakes, Superintendent, Monroe Correctional Complex.**

562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 781, 2011 U.S. LEXIS 248,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.